UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-12090RWZ

FILED
IN CLERKS OFFICE
2004 SEP 29 P 1: 01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EMPIRIX INC.<br>Plaintiff | )<br>)<br>) |
| v. | )<br>)<br>) Civil Action No. |
| INFORMATION ASSET PARTNERS, LLC<br>Defendant | )<br>)<br>) |

## PLAINTIFF'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff Empirix Inc., ("Empirix"), pursuant to Local Rule 7.3(A), submits this Corporate Disclosure Statement.

More than 10% of the stock of Empirix is owned by Teradyne, Inc., a publicly held company, which is traded on the New York Stock Exchange.

EMPIRIX INC.
By its attorneys,

*[signature]*

Lawrence S. Delaney, BBO No. 557063
Julie A. Koshgarian, BBO No. 559304
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston MA 02110
617-263-2600

Dated: September 29, 2004