UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMPIRIX INC.<br>    Plaintiff<br><br>v.<br><br>INFORMATION ASSET PARTNERS, LLC<br>    Defendant | )<br>)<br>)<br>)  Civil Action No. 04-12090-RWZ<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), the Plaintiff hereby dismisses all of its claims in the above-captioned matter with prejudice, without rights of appeal and without costs to any party.

            EMPIRIX INC.
            By its attorneys,


            /s/ Lawrence S. Delaney
            Lawrence S. Delaney, BBO No. 557063
            Julie A. Koshgarian, BBO No. 559304
            DEMEO & ASSOCIATES, P.C.
            One Lewis Wharf
            Boston MA 02110
            617-263-2600
            LDelaney@JDemeo.com